UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW HOOKS, *individually, and on behalf of all others similarly situated,* </br></br> Plaintiff, </br></br> v. </br></br> CLOUDSPOTTER TECHNOLOGIES INC. and NORTHWESTERN UNIVERSITY, </br></br> Defendants. | Case No: 1:25-cv-09754 </br></br> Hon. Judge Georgia N. Alexakis </br></br> Hon. Magistrate Keri L. Holleb Hotaling |

### DEFENDANT NORTWESTERN UNIVERSITY'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

Defendant Northwestern University, by and through its undersigned counsel, hereby moves this Court to dismiss Plaintiff's Class Action Complaint under Federal Rule of Civil Procedure 12(b)(6) and for the reasons set forth in the Memorandum in Support of this motion, filed contemporaneously herewith.

Dated: September 15, 2025

/s/ Mark S. Eisen

Mark S. Eisen
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Mark Anthony Bulgarelli
**Progressive Law Group LLC**
1570 Oak Ave. Suite 103
Evanston, IL 60201
markb@progressivelaw.com
Tel: (312) 787-2717

Scott Kane Stukel
**Cameron & Kane LLC**
2864 N Milwaukee Ave
Chicago, IL 60618
scott@cameronandkane.com
Tel: (872) 588-0727

David A. Wheeler
Joshua Alexander Hanson
**Neal Gerber & Eisenberg LLP**
225 W. Randolph St.
Ste. 2800
Chicago, IL 60606
dwheeler@nge.com
jhanson@nge.com
Tel: (312) 269-8000

/s/ Mark S. Eisen